UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WANDA GARDNER, SHARON HAYNES, DENNIS HICKLE, RICHARD HICKLE, LEONA DE KOKER, and DORIS STOKES, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 1:15-cv-01053-RLY-DKL |
| vs. | ) ) | |
| BARBARA HICKLE and ESTATE OF JOHN R. HICKLE, | ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Consistent with the Entry issued this day, the court now enters final judgment in favor of Defendant, Barbara Hickle, and against Plaintiffs, Wanda Gardner, Sharon Haynes, Dennis Hickle, Richard Hickle, Leona DeKoker, and Doris Stokes.

**SO ORDERED** this 4th day of April 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1

Distributed via U.S. Mail:

Wanda Gardner
1803 225th St.
Sauk Village, IL 60411

Sharon Haynes
4928 Cherry Tree Ln.
Sykesville, MD 21784-9108

Doris Stokes
1126 Nanwich Ct.
Indianapolis, IN 46217-5368

Dennis Hickle
1315 Wooten Road
Nesbit, MS 38651

Leona DeKoker
601 Riverbend Road
Belvidere, IL 61008-1474

Richard Hickle
4939 Oakbrook Ct.
Indianapolis, IN 46254